IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIN RICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   20-cv-1374-RJD |
| ) | |
| COMMISSIONER of SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**DALY, Magistrate Judge:**

Before the Court is the parties' Joint Motion to Remand to the Commissioner (Doc. 17).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).   A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order.   *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *see also Perlman v. Swiss Bank Corp. Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).   Upon a sentence four remand, judgment should be entered in favor of plaintiff.   *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ) decision and remand the matter to the ALJ. On remand, the ALJ will offer Plaintiff the opportunity for a hearing, seek vocational expert testimony about whether Plaintiff could perform work that exists in the national economy, and issue a new decision.

Plaintiff applied for disability benefits in September 2018 (Tr. 19).   While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on

remand.

      For good cause shown, the parties' Joint Motion for Remand (Doc. 17) is **GRANTED**.

      The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for hearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

      The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED: July 27, 2021**

                                                    *s/ Reona J. Daly*
                                                    **Hon. Reona J. Daly**
                                                    **United States Magistrate Judge**